# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., *et al*.,[1] | Case No. 15-11323 (KJC) |
| Debtor. | |
| Citadel Watford City Disposal Partners, L.P., *et al*., | |
| Plaintiffs, | |
| v. | Adv. Proc. 16-51556 (KJC) |
| R. James Consulting, Inc. | |
| Defendant. | |

## NOTICE OF DISMISSAL

Plaintiffs Citadel Watford City Disposal Partners, L.P., *et al*. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby dismiss the above-captioned adversary proceeding with prejudice, with each party bearing its own attorney's fees and costs.

Dated: February 28, 2017          GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3393)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812
Facsimile:  302-425-5814
Email: mbusenkell@gsbblaw.com
*Counsel to Debtors and Debtors-in-Possession*

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is, Gavin/Solmonese 919 North Market Street, Suite 600, Wilmington, DE 19801.